**Order entered October 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00039-CR

### CHRISTOPHER ARIC RADKE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9602380-N**

## ORDER

The State's October 25, 2017 motion for extension of time to file a brief is **GRANTED**,

and the brief submitted to this Court on October 25, 2017 is **ORDERED** filed as of that date.


/s/      MOLLY FRANCIS
        PRESIDING JUSTICE